UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLIFFORD A. SWALLEY,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendants.

Case No. C18-0008-JCC

ORDER

The Court, having reviewed the record, and the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, does hereby ORDER:

(1) the Court ADOPTS the Report and Recommendation;

(2) the administrative decision is REVERSED and remanded for further administrative proceedings.

DATED this 22nd day of October 2018.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0008-JCC
PAGE - 1