THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD A. SWALLEY, II, | CASE NO. C18-0008-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY BERRYHILL, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 20). Plaintiff was the prevailing party on appeal of an agency action and is therefore entitled to an award of attorney fees. (*See* Dkt. Nos. 18, 19.) Accordingly, the Court GRANTS the parties' stipulated motion (Dkt. No. 20). Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $6,755.11, and expenses totaling $23.38. Pursuant to 28 U.S.C. § 1920, the Court AWARDS costs in the amount of $6.30.

Subject to any offset allowed under the Department of Treasury Offset Program, payment of this award shall be made payable to Robey Namba, P.S., based upon Plaintiff's assignment of these amounts to counsel. (*See* Dkt. No. 20-1.) Whether the check is made payable to Plaintiff or counsel, the check shall be mailed to Robey Namba at the following address: Robey Namba, P.S., 1414 F. Street, Bellingham, WA 98225.

DATED this 20th day of December 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0008-JCC
PAGE - 2